JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA ARROYO and FRANK ARROYO,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No.: 5:22-cv-00459-JGB-PD<br><br>District Judge: Jesus G. Bernal<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs YESENIA ARROYO and FRANK ARROYO ("Plaintiffs") accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on October 24, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $58,000 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: November 2, 2023

_____
Hon. Jesus G. Bernal
U.S. District Judge

1
**JUDGMENT**